# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00035-CR

**Andrew Albert Wolfford, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-401, HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Andrew Albert Wolfford seeks to appeal a judgment of conviction for possession with intent to deliver a controlled substance. The trial court has certified that this is a plea-bargain case and that Wolfford has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Further, the district court imposed sentence on November 3, 2014, and because no motion for new trial was filed, the deadline for Wolfford to file his notice of appeal with the trial court was December 3, 2014. *See id. R*. 26.2. However, Wolfford did not file his notice of appeal with the trial court until January 14, 2015. Because Wolfford's notice of appeal was not timely filed, we lack jurisdiction to dispose of his attempted appeal in any manner other than dismissing it for want of jurisdiction. *See Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   February 13, 2015

Do Not Publish